UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEROME LOUIS SPAULDING, a married man,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | No. 2:14-CV-0307-SMJ<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR PROTECTIVE ORER** |

Before the Court, without oral argument, is the Defendant's Motion for a Protective Order, ECF No. 48, and Plaintiff's Motion to Compel, ECF. No 50. In the motions, the parties asks the Court to settle a number of discovery disputes. Having reviewed the pleadings and the file in this matter, the Court is fully informed and grants both motions in-part and denies both motions in-part.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion for Protective Order, **ECF No. 48**, is **GRANTED in-part and DENIED in-part.**

2. Plaintiff's Motion to Compel, **ECF No. 50,** is **GRANTED in part and DENIED in part.**

ORDER **-** 1

3. Defendant State Farm need not produce a 30(b)(6) witness to testify or documents related to the drafting history of the State Farm policy language as none of it is in dispute in this litigation or relevant to the claims or defenses of the parties.

4. Defendant State Farm need not produce unrelated complaints or lawsuits or State Farm's records keeping regarding prior complaints or lawsuits.

5. Defendant State Farm need not produce it's pre-suit evaluation analysis and value determinations and its post-suit evaluations.

6. Defendant State Farm need not produce a 30(b)(6) witness to testify or further documents related to the underwriting of the policy at issue.

7. Defendant State Farm's agreement to produce training materials relating to UIM claims handling and first-party claims handling that the involved claims personnel-Tony Bird, Kristin Halvorsen, and Janet Riggs- completed in the time frame of five years prior to the accident to the date the lawsuit was filed is reasonable and proportionate to the needs of the case. Further training materials or testimony are protected from production as neither relevant to the parties' claims and defenses nor proportional to the needs of the case.

8. Defendant State Farm must produce within (5) five days of entry of this order the following documents:

      a. Personnel files of the adjusters working on the claim. Personal identification information, health, and medical information should be redacted; and

      b. All documents created during adjustment of plaintiff's claim, including the complete unredacted claim file and those created after litigation began; and

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

      **DATED** this 28th day of July 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 3